January 22, 2015

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711


Re: Cause No. D-1-GN-14-002146
    Court of Appeals No: 03-14-00671-CV

Style: Stephen Daniels v. Tony Bertolino

Dear Mr. Kyle:

There was no record taken of the summary judgment hearing held on September 30, 2014.


/s/ LaSonya Thomas
Official Court Reporter, 261st District Court
(512) 854-9331